UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Mag. Case Number: 07 MJ 3002 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| Henned Sohar CHALITA, ) | Importation of a Controlled Substance |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about December 28, 2007, within the Southern District of California, Henned Sohar CHALITA did knowingly and intentionally import approximately 15.80 kilograms of methamphetamine, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31 DAY OF December, 2007.

MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Derren Henderson, declare under penalty of perjury, the following is true and correct:

On December 28, 2007 at approximately 2140 hours, a Canine Enforcement Officer was conducting pre-primary roving operations when he made contact with a Gray 2005 Scion XB bearing California, United States license plates 6BCV805. The Canine Enforcement Officer's K-9 alerted to the vehicle for a narcotic odor.

A Customs and Border Protection (CBP) Officer was conducting pre-primary roving operations when he responded to a K-9 alert on a Scion XB. The CBP Officer approached the driver, Henned Sohar CHALITA, and obtained proof of United States citizenship and a negative Customs Declaration. During questioning, the CBP Officer noticed that CHALITA was avoiding eye contact. The CBP Officer conducted a cursory inspection of the rear seat and noticed that it was not secured properly. After lifting the rear seat, the CBP Officer noticed an access plate mounted on top of the fuel tank. The CBP Officer removed the plate and noticed wrapped packages hidden within. CHALITA was escorted into the security office and the vehicle was taken to the secondary inspection area for further examination.

In the secondary inspection area, CBP Officers inspected the vehicle and discovered non-factory compartments in the vehicle's dashboard and gas tank. Examination of the compartments revealed several packages concealed within. One package was probed, which produced a crystal-like substance that field tested positive for methamphetamine. A total of 19 packages were removed from the vehicle, which had a net weight of 15.80 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read CHALITA her Miranda Rights. CHALITA stated that she understood her Rights and was willing to answer questions without the presence of an attorney. CHALITA stated that she was going to take the methamphetamine-laden vehicle to the AMPM gas station off of Palm Avenue and I-5. After returning to Tijuana, she was going to be paid $3000 for her efforts.

CHALITA was arrested and transported to the Metropolitan Correctional Center, in San Diego, CA.

Executed on December 28, 2007

_____
Special Agent,
U.S. ICE

U.S. vs CHALITA

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 28, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____  
United States Magistrate Judge

12/29/07 @ 10:35 am  
Date/Time

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

Page 2 of 2